IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY ANN GRIFFIN and
NATOSHA A. WILSON,
    Plaintiffs,

vs.                                          Case No.: 3:14cv649/RV/EMT

GLENN R. GRIFFIN, JR., et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 6, 2015 (doc. 17). Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections (doc. 22).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's' federal claims are **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B).

3. Plaintiffs' state law claims are **DISMISSED** without prejudice to Plaintiffs pursuing them in state court.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 13th day of May, 2015.

                                              /s/ _Roger Vinson_
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**